**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

　　　**vs.**　　　　　　　　　　　　**CASE NO. 3: 99CR315-41 (DRD)**

**ARMANDO TORRES-GERENA**
* * * * * * * * * * * * * *

**INFORMATIVE MOTION**

**TO THE HONORABLE DANIEL R. DOMINGUEZ,
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

　　　**COMES NOW, BENJAMIN BONILLA, UNITED STATES PROBATION OFFICER** of this Honorable Court, presenting an official report upon the conduct and attitude of the offender, Armando Torres-Gerena, who on October 31, 2000, was sentenced to an sixty (60) months imprisonment term after he pled guilty of violating Title 21 U.S. Code, § 846. A four (4) year supervised release term and a special monetary assessment in the amount of $100.00 were also imposed. As special conditions, the offender was ordered to submit to urinalysis and provide access to any financial information.  The offender was released from custody on February 25, 2004, at which time his supervision term began.

　　　**RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

　　　On August 17, 2006, Mr. Torres-Gerena was charged with violations of the Puerto Rico Domestic Violence Law, Article 3.1 and Article 3.3. Allegedly, the offender threaten and mistreated Ms.Gloria Molina-Figueroa.  On that same day he was released on a $5,000 bond.  On February 28, 2007, all charges against Mr. Torres-Gerena were dismissed due to the victim's lack of interest.

Besides from the police report of the above mentioned charges and the victim's statement, we have no additional information regarding the incident. So far, Mr. Torres-Gerena has complied with all of his supervised release conditions.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. In view of the aforementioned, and unless ruled otherwise by this Honorable Court, it is respectfully requested that no further action be taken against Mr. Torres-Gerena. Should he incur in any further violations, the court will be promptly notified. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 5th day of July 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 5, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose A. Ruiz, Assistant U.S. Attorney and to Luis R. Rivera-Gonzalez, Esq..

In San Juan, Puerto Rico, this 5th day of July 2007.

S/ Benjamín Bonilla
Benjamín Bonilla
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 281-4982
(787) 771-4063
Benjamin_Bonilla@prp.uscourts.gov